**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Jasment L. Taylor, Sr.,　　　　　　　　　　　　　Civil No. 18-2271 (DWF/DTS)

　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　**ORDER ADOPTING REPORT**
　　　　　　　　　　　　　　　　　　　　**AND RECOMMENDATION**
Olmsted County Adult Detention Center,

　　　　　　　Defendant.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge David T. Schultz signed on September 18, 2018. (Doc. No. 5.) No objections have been filed to that Report and Recommendation in the time period permitted. The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference. Based upon the Report and Recommendation of the Magistrate Judge and upon all of the files, records, and proceedings herein, the Court now makes and enters the following:

**ORDER**

1.　Magistrate Judge David T. Schultz's Report and Recommendation signed on September 18, 2018 (Doc. No. [5]) is **ADOPTED**.

2.　This action is **DISMISSED WITHOUT PREJUDICE** under Fed. R. Civ. P. 41(b) for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: October 22, 2018　　　　　s/Donovan W. Frank
　　　　　　　　　　　　　　　　　DONOVAN W. FRANK
　　　　　　　　　　　　　　　　　United States District Judge